# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONGPIL PARK,**<br><br>**Plaintiff,**<br><br>v.<br><br>**VICTOR V. KITT and ADVENTIST HEALTH BAKERSFIELD,**<br><br>**Defendants.** | **CASE NO. 1:19-cv-01551-AWI-HBK (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING ADVENTIST HEALTH BAKERSFIELD'S MOTION FOR SUMMARY JUDGMENT**<br><br>(Doc. Nos. 36 & 44) |

Plaintiff Jongpil Park is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

One of the two defendants, Adventist Health Bakersfield, moved for summary judgment on March 30, 2021. Doc. No. 36. Plaintiff filed a statement of non-opposition to that motion, stipulating that "there is no genuine issue for trial" and that Adventist is entitled to summary judgment "as a matter of law." Doc. No. 40 at 1.

On June 28, 2021, the assigned magistrate judge issued findings and recommendations, recommending that Adventist's summary judgment motion be granted due to Plaintiff's non-opposition. Doc. No. 44. Plaintiff was given twenty-one days to file objections to the findings and recommendations. Id. at 4. Plaintiff has not filed any objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

# **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 44) that were issued on June 28, 2021, are ADOPTED in full;
2. Defendant Adventist Health Bakersfield's motion for summary judgment (Doc. No. 36) is GRANTED;
3. Defendant Adventist Health Bakersfield is DISMISSED from this case; and
4. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   November 1, 2021

　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE