# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONGPIL PARK,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**VICTOR V. KITT,**<br><br>    **Defendant.** | **CASE NO. 1:19-cv-01551-AWI-HBK (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. Nos. 35 & 46) |

Plaintiff Jongpil Park, a state prisoner, initiated this action by filing a pro se civil rights complaint under 42 U.S.C. § 1983. Doc. No. 1. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On November 30, 2021, the magistrate judge issued findings and recommendations that recommended for Defendant Victor Kitt's motion for summary judgment to be granted and for this action to be dismissed. Doc. No. 46. The findings and recommendations that were served on Plaintiff contained notice that any objections thereto were to be filed within fourteen days. Id. at 1, 12. Plaintiff has not filed an objection and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

# **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (Doc. No. 46) that were issued on November

30, 2021, are ADOPTED in full and this case is DISMISSED; and

2. The Clerk of Court shall TERMINATE any pending motions, ENTER judgment against Plaintiff, and CLOSE this case.

IT IS SO ORDERED.

Dated: __December 30, 2021__    _____
                                                              SENIOR DISTRICT JUDGE